UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMORY Q. JACKSON,<br><br>Defendant. | 2:20-CR-00065 |

**ORDER**

Defendant has filed a Motion to Suppress [Doc. 21], Motion to Exclude Evidence [Doc. 23], and Motion to Compel [Doc. 24]. An evidentiary hearing will be held on these motions before the undersigned on **Tuesday, October 13, 2020 at 9:00 a.m.**

Defendant's presence is REQUIRED.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge