# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *MOTION HEARING*

USA vs **Emory Q. Jackson**  Date: October 13, 2020

Case No. **2:20-CR-65**  Time **9:15** to **11:25**

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | Jill Zobel | Kateri Dahl |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| Emory Q. Jackson | J. Russell Pryor |

**PROCEEDINGS:**

RE: Motions Docs. 21, 23, and 24

- [✓] Opening statements by the Court
- [✓] Opening statements by defendant; [✓] government
- [✓] Witness(es) sworn; [ ] Rule of sequestration requested
- [ ] Oral argument by [ ] government; [ ] defendant
- [✓] Proof offered by government; [✓] defendant
- [✓] Closing statements by defendant; [✓] government
- [✓] Defendant remanded to custody of U.S. Marshal
- [ ] Defendant to remain on bond
- [✓] Order to enter